IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**ROBERT MICCO HARJO,**

           **Plaintiff,**

v.   No. 23-CV-217-JFH-JAR

**ADAIR COUNTY DETENTION CENTER, et al.,**

           **Defendants.**

## OPINION AND ORDER

On July 5, 2023, Plaintiff Robert Micco Harjo ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983, complaining of the conditions of his confinement at the Adair County Detention Center in Stilwell, Oklahoma. Dkt. No. 1. None of the defendants have been served.

On September 5, 2023, the Court received a letter from Plaintiff, stating he no longer wanted his mail from the Court sent to the Adair County Detention Center, because he was scheduled to be released on September 2, 2023. Dkt. No. 5. He asked the Court to call his wife's telephone number to obtain his current address. Pursuant to Local Civil Rule 5.6, however, he must notify the Court of a change of address by filing the form provided by the Court Clerk. Because Plaintiff failed to comply with this requirement, this action is dismissed without prejudice for failure to prosecute. *See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua sponte for failure to prosecute because appellant disappeared and failed to meet court deadlines).

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice for Plaintiff's failure to prosecute.

Dated this 21st day of November 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE